IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL KELLY, individually and for others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CCS ENTERPRISES, LLC, d/b/a United Locating Services,<br><br>Defendant. | CV 24-22–M–DWM<br><br>ORDER |

The parties having jointly moved for approval of their settlement agreement and for dismissal of the case,

IT IS ORDERED that the joint motion (Doc. 13) is GRANTED, and the agreement is APPROVED as it appears to be fair, adequate, and reasonable.

IT IS FURTHER ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. All pending motions are MOOT, and all deadlines are VACATED.

DATED this 26th day of June, 2024.

_____
Donald W. Molloy, District Judge
United States District Court